IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02575-MSK-PAC

In re:

APPLICATION OF MICHAEL WILSON & PARTNERS,
LIMITED, FOR JUDICIAL ASSISTANCE PURSUANT
TO 28 U.S.C. § 1782

## ORDER REOPENING CASE FOR A LIMITED PURPOSE

BEFORE THE COURT is a Motion to Compel Compliance with Subpoenas, which has been referred to the Magistrate Judge for determination.

**IT IS ORDERED** that the case is reopened for the limited purpose of addressing the enforcement of such subpoenas.

Dated this 25th day of June, 2007

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge