IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02575-MSK-PAC (MEH)

In re:

APPLICATION OF MICHAEL WILSON & PARTNERS,
LIMITED, FOR JUDICIAL ASSISTANCE PURSUANT
TO 28 U.S.C. § 1782.

## MINUTE ORDER SCHEDULING ORAL ARGUMENT

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 3, 2007.**

   Pending before the Court is Michael Wilson & Partners' Motion to Compel Compliance with Subpoenas [Docket #6]. This case was sub-assigned to me after Judge Coan's retirement and has been referred to me for resolution. The parties are directed to appear before the Court in person for oral argument regarding the above matter on Monday, **July 20, 2007, at 2:00 p.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

   All responses are to be filed on or before July 13, 2007, and any reply shall be filed no later than July 18, 2007.

   Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.