**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Michael E. Hegarty**

---

**Civil Action No.: 06-cv-02575-MSK-PAC**   **FTR** - Reporter Deck - Courtroom C-203
                                             Byron G. Rogers U.S. Courthouse
**Date: July 20, 2007**                      Courtroom Deputy,  Ellen E. Miller
_____

In re:

APPLICATION OF MICHAEL WILSON & PARTNERS, LIMITED,
FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782.

_____
**COURTROOM   MINUTES  /  MINUTE  ORDER**
_____

**HEARING:   ORAL   ARGUMENT**
**Court in Session:**    2:20 p.m.
Court calls case.   Appearance of counsel: A. Katherine Toomey and James F. Scherer for Petitioner; R. Stephen Hall and Stephen D. Bell for Respondents.

Opening statements by the Court.  The Petitioners Motion to Compel Compliance with Subpoenas is raised for argument.

Arguments  by Ms. Toomey.
Arguments  by Mr. Hall.

The Court directs the parties to meet and confer and attempt to resolve as many "documents disputes" as possible.

**It is   ORDERED:**   The parties shall have to and including **AUGUST 03, 2007** within which to file a  Joint Status Report as to  what documents remain in controversy.

**It is   ORDERED:**   Petitioner's Motion to Compel Compliance with Subpoenas (Docket No. **6,** Filed June 20, 2007) is **TAKEN UNDER ADVISEMENT**.  The Court will issue its written Order.

Hearing concluded.   **Court in Recess:** 3:46 p.m.        Total In-Court Time: 01:26

A Transcript may be requested by contacting Avery Woods Reporting    303-825-6119