IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02575-MSK-KLM (MEH)

In re:

APPLICATION OF MICHAEL WILSON & PARTNERS,
LIMITED, FOR JUDICIAL ASSISTANCE PURSUANT
TO 28 U.S.C. § 1782.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 10, 2007.**

     Respondents' Unopposed Motion Concerning Time for Objecting to Partial Order [Filed August 10, 2007; Docket #44] is **granted**.  The deadline for appealing both of the Court's Orders on Petitioner's Motion to Compel will run from the date the second Order is issued.