IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02575-MSK-KLM

In re:

APPLICATION OF MICHAEL WILSON & PARTNERS, LIMITED,
FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Respondents Sokol Holdings, Inc., Frontier Mining, Ltd., Thomas Sinclair, and Brian Savage's Unopposed Motion to Approve Stipulation Regarding Schedule for Production of Documents and Taking Depositions [Docket No. 63; Filed December 4, 2007] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The following deadlines, as proposed by the parties [Docket No. 59; Filed November 30, 2007], will now apply to the discovery required by the Court's order of October 31, 2007 [Docket No. 54].

- ! Respondents will make initial production of documents by **November 30, 2007**.

- ! Respondents will make additional production of documents on a rolling basis, with production completed by **December 31, 2007**.

- ! The parties will confer to schedule the Fed. R. Civ. P. 30(b)(6) depositions of Respondents Sokol Holdings, Inc. and Frontier Mining, Ltd. representatives after completion of the document production or by **December 31, 2007**, whichever is earlier.

Dated: December 5, 2007