IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 06-cv-02575-MSK-KMT

In re:

APPLICATION OF MICHAEL WILSON & PARTNERS, LIMITED,
FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Michael Wilson & Partners, Limited's Motion to Stay Order to Post a Cost Bond" (# 115, filed May 11, 2009) is GRANTED in part. The order requiring Michael Wilson & Partners, Limited's to post a cost bond is stayed until 12:00 Midnight on May 18, 2009, the deadline for filing an appeal to the Magistrate Judge's written order.

Dated: May 12, 2009