# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 06-cv-02575-MSK-KMT | FTR - Courtroom C-201 |
| **Date:** July 14, 2010 | Deputy Clerk, Geneva D. Mattei |
| | |
| MICHAEL WILSON & PARTNERS, LIMITED | A. Katherine Toomey |
| Plaintiff, | |
| v. | |
| SOKOL HOLDINGS, INC. | Jonathan Auerbach via telephone |
| FRONTIER MINING, LTD, | Jerome Marcus via telephone |
| BRIAN C. SAVAGE, and | Steven Tyson via telephone |
| THOMAS SINCLAIR, | Jean-Pierre Douglas-Henry via telephone |
| Interested Parties. | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING: SHOW CAUSE HEARING**
**Court in session: :** 9:26 a.m.
Court calls case. Appearances of counsel.

The Court takes up the issues regarding response to the Court's April 30, 2010 Order to Show Cause, Michael Wilson & Partners, Limited's request that the bond be reconsidered by the Court, and Petitioner's motion for leave to post alternate security.

Argument presented.

**ORDERED:** The Court's orders entered on April 30, 2009 and June 8, 2010 are reaffirmed, in principal, however it now appears that the costs which may potentially be assessed against Petitioner in connection with production pursuant to the subpoenas at issue is unlikely to exceed $500,000.00. Therefore, Petitioner's motion for leave to post alternate security [Doc#142; filed 7/7/10] is granted as stated on the record. Petitioner shall post acceptable security as discussed in the amount of $500,00.00 on or before August 25, 2010.

**ORDERED: Respondents shall not be required to produce the discovery ordered by the Court on April 30, 2009 to the Petitioner until after Petitioner posts acceptable security as Ordered.**

**ORDERED: The Court discharges the Order to Show Cause.**

**Court in Recess: 10:26 a.m.**
Hearing concluded.
Total In-Court Time    01:00

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.