## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 06-cv-02575-MSK-KMT | FTR - Courtroom C-201 |
| Date: August 5, 2010 | Deputy Clerk, Kathleen Finney and Nick Richards |
| MICHAEL WILSON & PARTNERS, LIMITED, | A. Katherine Toomey |
| Petitioner, | |
| v. | |
| SOKOL HOLDINGS, INC., FRONTIER MINING, LTD., BRIAN C. SAVAGE, and THOMAS SINCLAIR, | Jonathan Auerbach Jerome Marcus Steven Tyson |
| Interested Parties. | |

## COURTROOM MINUTES / MINUTE ORDER

HEARING: **MOTIONS**
**Court in session: 11:36 a.m.**
Court calls case. Telephonic appearances of counsel.

Motion hearing is set regarding Petitioner's Emergency Motion to Approve Form of Guarantee [Doc. No. 150, filed 7/22/2010], and Petitioner's Motion For Forthwith Hearing to Resolve Petitioner's Emergency Motion to Approve Form of Guarantee by HSBC [Doc. No. 151, Filed 7/22/2010].

Petitioner's argument by A. Katherine Toomey.
Interested Parties' argument by Jerome Marcus.
Petitioner's rebuttal argument by A. Katherine Toomey.
Interested Parties' rebuttal argument by Jerome Marcus.

**It is ORDERED:** Petitioner's Motion For Forthwith Hearing [151] is **GRANTED**.

For reasons stated on the record, it is
**ORDERED:** Petitioner's Emergency Motion to Approve Form of Guarantee [150] is **DENIED**. The Court will not approve a guarantee that eliminates

respondents as a beneficiary.

The Court notes the language proposed in part 2 which restricts the guarantee to share equally the costs of imaging, preserving, searching, and producing requested documents, but not attorneys' fees [Doc. No. 54], is an accurate reflection of Magistrate Judge Michael E. Hegarty's order. However, this Order occurred at an early point in the case. Appropriate language in the guarantee should be "No funds are to be dispersed under this guarantee until there is a final order from District Judge Marcia S. Krieger."

This Court will not agree to any guarantee containing jurisdictional provisions in a foreign country or anywhere other than the District of Colorado.

The Court confirms the alternative of a cash deposit to be held in the registry of the court. The Clerk's Finance office (303-844-3433) can help parties to get this money deposited into the court registry.

**It is ORDERED:** An acceptable guarantee or cash deposit pursuant to Order [54] shall be filed with the Court **on or before August 25, 2010.**

**Court in Recess: 12:01 p.m.**
Hearing concluded.
Total In-Court Time    00:25

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.